April 25, 1977

No. 76–893. Sloan, dba Samuel H. Sloan & Co. v. Shearson, Hammill & Co., Inc. Appeal from Ct. App. N. Y. dis-

missed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.